**Belle QUINN, as Treasurer of Dawes County, Nebraska, et al., Appellants, v. Charles P. MEGAN, Trustee, etc.**

No. 10925.

Circuit Court of Appeals, Eighth Circuit.
Dec. 13, 1937.

W. E. Mumby, of Harrison, Neb., for appellants.

Wymer Dressler, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee for want of prosecution.

---

**RECONSTRUCTION FINANCE CORPORATION, etc., Appellant, v. B. F. REDMAN.**

No. 11040.

Circuit Court of Appeals, Eighth Circuit.
Oct. 22, 1937.

James A. Devitt, of Oskaloosa, Iowa, for appellant.

McCoy & McCoy, of Oskaloosa, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, by agreement of counsel.

---

In the Matter of the Petition of George RICE and Progressive Miners of America, et al., for a Writ of Prohibition.

**George RICE et al., Petitioners, v. The DISTRICT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF ILLINOIS et al., Respondents.**

No. 6409.

Circuit Court of Appeals, Seventh Circuit.
Oct. 16, 1937.

George W. Dowell, of Du Quoin, Ill., for petitioners.

Ralph F. Lesemann, of East St. Louis, Ill., for respondents.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

A petition having been filed by George Rice and Progressive Miners of America et al. for a writ of prohibition to restrain The District Court of the United States for the Eastern District of Illinois and Hon. Fred L. Wham, Judge of said District Court, from enforcing the order of said court entered on October 18, 1937, and from entering any order in cause No. Equity 4655, United Electric Company, Plaintiff, v. George Rice and Progressive Miners of America et al., Defendants, and counsel for respondents to said petition having filed suggestions in opposition thereto, it is ordered by the court that the relief sought in said petition for a writ of prohibition be, and it is hereby, denied, and that the said petition be, and it is hereby, dismissed.